JUDGE ROBINSON

**07 CV 6503**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAXWELL ROBERTSON CORPORATION,
ROBERT GARSTAK,

                        Plaintiffs,

    -against-

TENNECO, INC., PACTIV CORPORATION,

                        Defendants.
-------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No.: _____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant PACTIV CORPORATION certifies that it does not have a parent corporation, and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
       July 18, 2007

Yours, etc.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Scott L. Haworth (SH 5890)
Attorneys for Defendant
PACTIV CORPORATION
125 Broad Street - 39th Floor
New York, New York 10004-2400
(212) 422-0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NY/504999v1