AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                         DISTRICT OF                         NEW YORK

MAXWELL ROBERTSON CORPORATION,
ROBERT GARSTAK,

**APPEARANCE**

                Plaintiff,

-against-

Case Number:   07-CV-6503

TENNECO, INC., PACTIV CORPORATION

                Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PACTIV CORPORATION

I certify that I am admitted to practice in this court.

8/22/07
Date

Signature

Nora Coleman                                    (6347)
Print Name                                       Bar Number

125 Broad St., 39th Fl.
Address

New York            NY            10004
City                State         Zip Code

(212) 422-0202                    (212) 422-0925
Phone Number                      Fax Number

Nora.Coleman@sdma.com