## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the attached **APPEARANCE** was served via regular mail on August 22, 2007, upon:

> Christopher D. Watkins, Esq.
> Sussman & Watkins
> 40 Park Place
> P.O. Box 1005
> Goshen, NY 12550
> (845) 294-3991

Dated: August 22, 2007

                                              Nora Coleman (6347)

NY/507203v1