UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Garstek

-v-

Pactiv

------------------------------------------------------------X

\* Amended \*
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE   Fox

07 Civ. 6503 (SCR)(MDF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions:_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

* Do not check if already referred for general pretrial.

DATED:   White Plains, New York
         3/7/08

SO ORDERED

*Stephen C. Robinson*
United States District Judge

i:\FORMS\ODREF2MAG